AO-10 (w)
Rev. 1/98

# FINANCIAL DISCLOSURE REPORT
## Nomination Report

Report Required by the Ethics Reform Act of 1989, Pub L No. 101-194, November 30, 1989 (5 U.S.C. App. 4 , Sec. 101-112)

| 1. Person Reporting *(Last name, first, middle initial)*<br><br>Ambro, Thomas L. | 2. Court or Organization<br><br>U.S. Court of Appeals, 3rd Cir | 3. Date of Report<br><br>09/29/1999 |
|---|---|---|

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*<br><br>U.S. Circuit Judge - Nominee | 5. Report Type (check type)<br><br>X Nomination, Date 09/28/1999<br><br>Initial ___ Annual ___ Final ___ | 6. Reporting Period<br><br>01/01/1998<br>to<br>08/31/1999 |
|---|---|---|

| 7. Chambers or Office Address<br><br>One Rodney Square<br><br>Wilmington, DE 19803-4125 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS *(Reporting individual only; see pp. 9-13 of Instructions.)*

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| | ☐ NONE (No reportable positions.) | |
| 1 | Director, Vice President and Shareholder | Richards, Layton & Finger, P.A. |
| 2 | Director | West End Neighborhood House, Inc. |
| 3 | Director, Secretary, Assistant Treasurer and Shareholder | Glasgow Professional Properties, Inc. |

## II. AGREEMENTS *(Reporting individual only; see pp.14-16 of Instructions.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| | ☐ NONE (No reportable agreements.) | |
| 1 | 96-Pres | Richards, Layton & Finger, P.A. Employment Agreement - General terms of employment. Upon leaving my law firm, I understand that (cont'd. Part VIII) |
| 2 | 85-Pres | Richards, Layton & Finger, P.A. By-Laws - Upon leaving the firm, my shares of stock will be mandatorily redeemed within 30 days following (cont'd. Part VIII) |
| 3 | 70s-Pres | Richards, Layton & Finger, P.A. Money Purchase Pension Plan. This is a defined contribution plan, in which the firm invests a predetermined (cont'd. Part VIII) |

## III. NON-INVESTMENT INCOME *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| | ☐ NONE (No reportable non-investment income.) | | |
| 1 | 1998 | Richards, Layton & Finger, P.A., wages | $ 1,218,409.00 |
| 2 | 1999 | Richards, Layton & Finger, P.A., wages | $ 592,125.00 |
| 3 | 1998-99 | State of Delaware (S) | |
| 4 | | | |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets — Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Wilmington Trust (cash) (J) | | | K | T | | | | | |
| 2 Wilmington Trust (cash) (J) | A | Interest | J | T | | | | | |
| 3 Rodney Square Tax-Exempt (J) | B | Interest | M | T | | | | | |
| 4 Mass Mutuel | A | Interest | | | | | | | |
| 5 Gabelli Asset Fund (J) | B | Dividend | L | T | Exempt | | | | Exempt |
| 6 Ready Asset Trust (J) | A | Dividend | K | T | Exempt | | | | Exempt |
| 7 Illinois State Bond (J) | A | Interest | | | Exempt | | | | Exempt |
| 8 Delaware State HSG Auth Bond (J) | A | Interest | J | T | Exempt | | | | Exempt |
| 9 Delaware State Bond (J) | A | Interest | | | Exempt | | | | Exempt |
| 10 Delaware State Bond 7.0% (J) | A | Interest | J | T | Exempt | | | | Exempt |
| 11 Delaware State Bond 6.1% (J) | A | Interest | K | T | Exempt | | | | Exempt |
| 12 Fahnestock Prime Cash Series (J) | A | Dividend | J | T | Exempt | | | | Exempt |
| 13 Wilmington Trust Certificates of Deposit (DC) | A | Interest | K | T | Exempt | | | | Exempt |
| 14 Wilmington Trust Certificates of Deposit (DC) | A | Interest | J | T | Exempt | | | | Exempt |
| 15 Wilmington Savings Fund Society (cash) (DC) | A | Interest | J | T | | | | | |
| 16 Commercial Properties 3 L.P. (1984) (J) | A | Rent | J | R | Exempt | | | | Exempt |
| 17 AGS/Country Club Village, LTD (1986) | F | Distribution | | | Exempt | | | | Exempt |

| 1 Inc/Gain Codes: A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col. B1, D4) F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| (Col. C1, D3) O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|
| (Col. C2) U=Book Value | V=Other | W=Estimated | |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br><br>*Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.*<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE. (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18 Glasgow Professional Properties Inc | | None | N | T | Exempt | | | | Exempt |
| 19 Longwood Corporate Center South L.P. (1989) | | None | K | R | Exempt | | | | Exempt |
| 20 Lynhaven Partners (1983) | C | Rent | K | R | Exempt | | | | Exempt |
| 21 Nantucket Island Associates Partnership (1984) | | None | K | R | Exempt | | | | Exempt |
| 22 PB/Fogelman Harbour Town Partnership (1988) | B | Rent | K | R | Exempt | | | | Exempt |
| 23 Salem Plaza Associates Partnership (1984) | E | Distribution | K | R | Exempt | | | | Exempt |
| 24 Assets of Irrev Trust FBO Children of Mary Lucia Ambro #1 | | | | | | | | | |
| 25   Air Products & Chemicals (S) | | | J | T | Exempt | | | | Exempt |
| 26   Alcatel Alstrom Spon ADR (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 27   Allied Zurich PLC Spon ADR (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 28   Amer Greetings Corp CL A (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 29   Anglo American PLC (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 30   Archer Daniels Midland Co (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 31   BASF AG ADR (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 32   Boeing Co (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 33   British Amern TOB PLC (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 34   Case Corp (S) | A | Dividend | J | T | Exempt | | | | Exempt |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (Col. C2) | U=Book Value | V=Other | W=Estimated | |

| ...me of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 09/29/1999 |

## VII. Page 3 INVESTMENTS and TRUSTS — income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 35 Centrais Electricas (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 36 Columbia/HCA Healthcare Corp (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 37 Deutsche Telekom AG Spon ADR (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 38 Diageo PLC Spon ADR (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 39 ELF Aquitaine Spon ADR (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 40 Entergy Corp (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 41 Goodyear Tire & Rubber (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 42 Hitachi LTD ADR (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 43 HSBC Holdings PLC Spon ADR (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 44 Hutchison Whampoa ADR (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 45 IBP Inc (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 46 ING Groep NV Spon ADR (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 47 Invensys PLC Spon ADR (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 48 Lockheed Martin Corp (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 49 Loews Corporation (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 50 Lubrizol Corp (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 51 Marks & Spencer LTD Spon ADR (S) | A | Dividend | J | T | Exempt | | | | Exempt |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (Col. C2) | U=Book Value | V=Other | W=Estimated | |

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br><br>*Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child.*<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 52 Matsushita Electric Indus ADR (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 53 McKesson HBOC Inc (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 54 CRT Government Securities (cash equivalent) (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 55 Petroleo Brasileiro SA (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 56 Philip Morris Companies (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 57 Powergen PLC Spon ADR (S) | | None | J | T | Exempt | | | | Exempt |
| 58 Raytheon Co CL B (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 59 Safeco Corp (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 60 Service Corp International (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 61 SLM Hldg Corp (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 62 St Paul Co Inc (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 63 Swire Pac Ltd Spon ADR (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 64 Tele Centro Sul Participacoes (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 65 Telecommunicacoes Brasileiras SA Spon ADR (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 66 Telefonica de Argentina SA Spon ADR (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 67 Telefonos de Mexico SA Spon ADr (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 68 Tokio MRN & Fire Ins ADR (S) | A | Dividend | J | T | Exempt | | | | Exempt |

| 1 Inc/Gain Codes: A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col. B1, D4) F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| (Col. C1, D3) O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|
| (Col. C2) U=Book Value | V=Other | W=Estimated | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Ambro, Thomas L. | 09/29/1999 |

## VII. Page 5 INVESTMENTS and TRUSTS — income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets<br><br>Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 69 Toys R US Inc (S) | | None | J | T | Exempt | | | | Exempt |
| 70 UST Inc (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 71 Waste Mgmt Inc Del (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 72 Assets of Irrev Trust FBO Children of Mary Lucia Ambro #2 | | | | | | | | | |
| 73 4Front Technologies Inc (S) | | None | J | T | Exempt | | | | Exempt |
| 74 Action Performance Cos (S) | | None | J | T | Exempt | | | | Exempt |
| 75 Acxiom Corp (S) | | None | J | T | Exempt | | | | Exempt |
| 76 Aeroflex Inc (S) | | None | J | T | Exempt | | | | Exempt |
| 77 Artesyn Technologies Inc (S) | | None | J | T | Exempt | | | | Exempt |
| 78 Astropower Inc (S) | | None | J | T | Exempt | | | | Exempt |
| 79 Atmel Corp (S) | | None | J | T | Exempt | | | | Exempt |
| 80 Bard C R Inc (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 81 Carey Intl Inc | | None | J | T | Exempt | | | | Exempt |
| 82 Commscope Inc (S) | | None | J | T | Exempt | | | | Exempt |
| 83 Convergys Corp (S) | | None | J | T | Exempt | | | | Exempt |
| 84 Correctional Svcs Corp (S) | | None | J | T | Exempt | | | | Exempt |
| 85 Cost Plus Inc Calif (S) | | None | J | T | Exempt | | | | Exempt |

| 1 Inc/Gain Codes: A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col. B1, D4) F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| (Col. C1, D3) O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|
| (Col. C2) U=Book Value | V=Other | W=Estimated | |

## VII. Page 6 INVESTMENTS and TRUSTS — income, value, transactions

_(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)_

| A.<br>Description of Assets<br><br>_Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child._<br><br>_Place "(X)" after each asset exempt from prior disclosure._ | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 86  DII Group Inc (S) | | None | J | T | Exempt | | | | Exempt |
| 87  Equinox Systems Inc (S) | | None | J | T | Exempt | | | | Exempt |
| 88  Foodmaker Inc New (S) | | None | J | T | Exempt | | | | Exempt |
| 89  Group Maintenance (S) | | None | J | T | Exempt | | | | Exempt |
| 90  Infocure Corp (S) | | None | J | T | Exempt | | | | Exempt |
| 91  Jabil Circuit Inc (S) | | None | J | T | Exempt | | | | Exempt |
| 92  Jakks PAC Inc (S) | | None | J | T | Exempt | | | | Exempt |
| 93  Kenneth Cole Prodtns CL A (S) | | None | J | T | Exempt | | | | Exempt |
| 94  Maxwell Technologies Inc (S) | | None | J | T | Exempt | | | | Exempt |
| 95  Metro One (S) | | None | J | T | Exempt | | | | Exempt |
| 96  Mettler Toledo Intl Inc (S) | | None | J | T | Exempt | | | | Exempt |
| 97  Mobile Mini Inc (S) | | None | J | T | Exempt | | | | Exempt |
| 98  Money Market Fund (cash equivalent) (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 99  Natl Computer Systems Inc (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 100  Nova Corporation (S) | | None | J | T | Exempt | | | | Exempt |
| 101  Pericom Smicndctr Corp (S) | | None | J | T | Exempt | | | | Exempt |
| 102  Point of Sale LTD (S) | | None | J | T | Exempt | | | | Exempt |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (Col. C2) | U=Book Value | V=Other | W=Estimated | |

## VII. Page 7 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br><br>*Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child.*<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code (A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code (J-P) | (2)<br>Value Method Code (Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-Day | (3)<br>Value Code (J-P) | (4)<br>Gain Code (A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 103  Progress Software Corp (S) | | None | J | T | Exempt | | | | Exempt |
| 104  QRS Corp (S) | | None | J | T | Exempt | | | | Exempt |
| 105  Remedy Corp (S) | | None | J | T | Exempt | | | | Exempt |
| 106  Rent Way Inc (S) | | None | J | T | Exempt | | | | Exempt |
| 107  Rogue Wave Software Inc (S) | | None | J | T | Exempt | | | | Exempt |
| 108  SPX Corp (S) | | None | J | T | Exempt | | | | Exempt |
| 109  Synopsys Corp (S) | | None | J | T | Exempt | | | | Exempt |
| 110  Titan Corp (S) | | None | J | T | Exempt | | | | Exempt |
| 111  Trans World Entertainment (S) | | None | J | T | Exempt | | | | Exempt |
| 112  Transaction Network Serv (S) | | None | J | T | Exempt | | | | Exempt |
| 113  Transwitch Corp Com (S) | | None | J | T | Exempt | | | | Exempt |
| 114  US Oncology Inc (S) | | None | J | T | Exempt | | | | Exempt |
| 115  Waters Corporation (S) | | None | J | T | Exempt | | | | Exempt |
| 116  Westpoint Stevens Inc (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 117 Assets of Irrev Trust FBO<br>    Children of Mary Lucia Ambro #3 | | | | | | | | | |
| 118  3Com Corp (S) | | None | J | T | Exempt | | | | Exempt |
| 119  Adaptec Inc (S) | | None | J | T | Exempt | | | | Exempt |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (Col. C2) | U=Book Value | V=Other | W=Estimated | |

## VII. Page 8 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets<br><br>Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 120 American Express Company (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 121 American Intl Group Inc (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 122 At&T Corp (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 123 Bank One Corp (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 124 Bell & Howell Co (S) | | None | J | T | Exempt | | | | Exempt |
| 125 Bristol Myers Squibb Co (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 126 Caterpillar Inc (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 127 Chevron Corp (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 128 Clayton Homes Inc (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 129 Coca-Cola Company (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 130 Computer Sciences Corp (S) | | None | J | T | Exempt | | | | Exempt |
| 131 Conseco Inc (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 132 CSX Corp (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 133 Diamond Multimedia Sys (S) | | None | J | T | Exempt | | | | Exempt |
| 134 Disney Walt Company (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 135 Ecolab Inc (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 136 Elan PLC ADR (S) | | None | J | T | Exempt | | | | Exempt |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000 P3=$25,000,001-$50,000,000 P4=$50,000,001 or more | | | |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (Col. C2) | U=Book Value | V=Other | W=Estimated | |

## VII. Page 9 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 137   Enron Corp (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 138   Exxon Corp (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 139   Franklin Resources Inc (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 140   General Electric Company (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 141   General Motors Corp (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 142   Gillette Co (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 143   International Business Machine Corp (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 144   Kaydon Corp (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 145   Lehman Brothers Holdings Inc (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 146   Lucent Technologies Inc (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 147   Mattel Incorporated (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 148   McDonalds Corp (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 149   Medtronics Inc (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 150   Merck & Co Inc (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 151   Microsoft Corp (S) | | None | J | T | Exempt | | | | Exempt |
| 152   CRT Government Securities (cash equivalent) (S) | A | Dividend | K | T | Exempt | | | | Exempt |
| 153   Nestle SA Reg ADR (S) | A | Dividend | J | T | Exempt | | | | Exempt |

| 1 Inc/Gain Codes: A=$1,000 or less (Col. B1, D4) | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: J=$15,000 or less (Col. C1, D3) | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: Q=Appraisal (Col. C2) | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|
| U=Book Value | V=Other | W=Estimated | |

## VII. Page 10 INVESTMENTS and TRUSTS — income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B.(1) Amount Code (A-H) | B.(2) Type (e.g., dividend, rent or interest) | C.(1) Value Code (J-P) | C.(2) Value Method Code (Q-W) | D.(1) Type (e.g., buy, sell, partial sale, merger, redemption) | D.(2) Date: Month-Day | D.(3) Value Code (J-P) | D.(4) Gain Code (A-H) | D.(5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 154 Monsanto Co (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 155 Proctor & Gamble Co (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 156 Qwest Communications (S) | | None | J | T | Exempt | | | | Exempt |
| 157 Royal Dutch Pete Co NY (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 158 Staples Inc (S) | | None | J | T | Exempt | | | | Exempt |
| 159 Sun Microsystems Inc (S) | | None | J | T | Exempt | | | | Exempt |
| 160 United Technologies Corp (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 161 Warner Lambert Co (S) | A | Dividend | K | T | Exempt | | | | Exempt |
| 162 Assets of Irrev Trust FBO Children of Mary Lucia Ambro #4 | | | | | | | | | |
| 163 Daimler Benz AG Spon ADR (S) | A | Dividend | | | Exempt | | | | Exempt |
| 164 CRT Government Securities (cash equivalent) (S) | C | Dividend | K | T | Exempt | | | | Exempt |
| 165 Wilmington Trust Corp (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 166 Assets of RLF Pension Account | | | | | | | | | |
| 167 ADAC Laboratories Common | | None | J | T | Exempt | | | | Exempt |
| 168 Andrew Corp Common | | None | K | T | Exempt | | | | Exempt |
| 169 Bedford Property Investors Inc Common | A | Dividend | K | T | Exempt | | | | Exempt |
| 170 Bergen Brunswig Corp CL A Common | | None | K | T | Exempt | | | | Exempt |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

## VII. Page 11 INVESTMENTS and TRUSTS — income, value, transactions    *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br><br>*Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child.*<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code<br>(A-H) | (2)<br>Type<br>(e.g.,<br>dividend,<br>rent or<br>interest) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g., buy,<br>sell, partial<br>sale,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 171   Berverly Enterprises Inc | | None | K | T | Exempt | | | | Exempt |
| 172   Cabot Corporation Common | A | Dividend | K | T | Exempt | | | | Exempt |
| 173   Brunswick Corporation Common | A | Dividend | | | Exempt | | | | Exempt |
| 174   Cabot Oil & Gas Corp CL A Common | A | Dividend | J | T | Exempt | | | | Exempt |
| 175   Cadence Design Systems Common | | None | J | T | Exempt | | | | Exempt |
| 176   Calgon Carbon Corp Common | A | Dividend | J | T | Exempt | | | | Exempt |
| 177   Charming Shoppes Common | | None | K | T | Exempt | | | | Exempt |
| 178   Coherent Common | | None | K | T | Exempt | | | | Exempt |
| 179   Crescent Real Estate Equities Trust Common | A | Dividend | J | T | Exempt | | | | Exempt |
| 180   EB Short Term MM FD F/Directed Accts | D | Interest | M | T | Exempt | | | | Exempt |
| 181   Engelhard Corp Common | A | Dividend | | | Exempt | | | | Exempt |
| 182   Essex Property Trust Inc Common | A | Dividend | K | T | Exempt | | | | Exempt |
| 183   First Indl Realty Inc Common | A | Dividend | J | T | Exempt | | | | Exempt |
| 184   Harland John H Co Common | A | Dividend | J | T | Exempt | | | | Exempt |
| 185   Harman International Industries Common | A | Dividend | K | T | Exempt | | | | Exempt |
| 186   Harnischfeger Industries Common | A | Dividend | | | Exempt | | | | Exempt |
| 187   Helig-Meyers Co Common | A | Dividend | | | Exempt | | | | Exempt |

| 1 Inc/Gain Codes: A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col. B1, D4)   F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes:   J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| (Col. C1, D3)   O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|
| (Col. C2)   U=Book Value | V=Other | W=Estimated | |

## VII. Page 12 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets<br><br>*Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.*<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code (A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code (J-P) | (2)<br>Value Method Code (Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date: Month-Day | (3)<br>Value Code (J-P) | (4)<br>Gain Code (A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 188  Hologic Inc Common | | None | J | T | Exempt | | | | Exempt |
| 189  Idacorp Inc Common | A | Dividend | K | T | Exempt | | | | Exempt |
| 190  Input/Output Common | | None | J | T | Exempt | | | | Exempt |
| 191  Interface CL A Common | A | Dividend | J | T | Exempt | | | | Exempt |
| 192  International Rectifier Corp Common | | None | K | T | Exempt | | | | Exempt |
| 193  Justin Industries Inc Common | A | Dividend | J | T | Exempt | | | | Exempt |
| 194  K2 Inc Common | A | Dividend | J | T | Exempt | | | | Exempt |
| 195  Magnetek Common | | None | J | T | Exempt | | | | Exempt |
| 196  McDermott Intl Common | A | Dividend | J | T | Exempt | | | | Exempt |
| 197  Michaels Stores Common | | None | K | T | Exempt | | | | Exempt |
| 198  Milacron Inc Common | A | Dividend | K | T | Exempt | | | | Exempt |
| 199  Morrison Knudsen Corp New Common | | None | J | T | Exempt | | | | Exempt |
| 200  Nabors Industries Common | | None | K | T | Exempt | | | | Exempt |
| 201  Officemax Inc Common | | None | J | T | Exempt | | | | Exempt |
| 202  Pennzoil-Quaker State Co New Common | A | Dividend | J | T | Exempt | | | | Exempt |
| 203  Pier 1 Imports Common | A | Dividend | J | T | Exempt | | | | Exempt |
| 204  Petco Animal Supplies Inc Common | | None | K | T | Exempt | | | | Exempt |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (Col. C2) | U=Book Value | V=Other | W=Estimated | |

## VII. Page 13 INVESTMENTS and TRUSTS — income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br><br>*Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.*<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 205 Quaker State Corp Common | A | Dividend | | | Exempt | | | | Exempt |
| 206 R&B Falcon Corp Common | | None | K | T | Exempt | | | | Exempt |
| 207 Recision Castparts Common | | None | J | T | Exempt | | | | Exempt |
| 208 RTI International Metals Inc Common | | None | J | T | Exempt | | | | Exempt |
| 209 St Jude Medical Common | | None | K | T | Exempt | | | | Exempt |
| 210 Sunrise Medical Common | | None | J | T | Exempt | | | | Exempt |
| 211 Titanium Metals Corporation Common | A | Dividend | J | T | Exempt | | | | Exempt |
| 212 US Oncology Inc Common | | None | K | T | Exempt | | | | Exempt |
| 213 TJ International Common | A | Dividend | J | T | Exempt | | | | Exempt |
| 214 Vishay Intertechnology Common | | None | K | T | Exempt | | | | Exempt |
| 215 Wyman Gordon Common | | None | K | T | Exempt | | | | Exempt |
| 216 Assets of RLF Thomas Ambro Retirement Plan . | | | | | | | | | |
| 217 At&T Corp Common | A | Dividend | J | T | Exempt | | | | Exempt |
| 218 Bell & Howell Company New Common | | None | J | T | Exempt | | | | Exempt |
| 219 EB Short Term MM FD F/Directed Accts | B | Interest | J | T | Exempt | | | | Exempt |
| 220 FDX Corp Common | | None | J | T | Exempt | | | | Exempt |
| 221 Nabors Industries Common | | None | J | T | Exempt | | | | Exempt |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

## VII. Page 14 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets *Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 222 Officemax Inc Common | | None | J | T | Exempt | | | | Exempt |
| 223 Philip Morris Companies Common | A | Dividend | J | T | Exempt | | | | Exempt |
| 224 Sovereign Bancorp Common | A | Dividend | J | T | Exempt | | | | Exempt |
| 225 Time Warner Common | A | Dividend | J | T | Exempt | | | | Exempt |
| 226 Assets of RLF Profit Sharing Plan | | | | | | | | | |
| 227 Adobe Systems Common | A | Dividend | J | T | Exempt | | | | Exempt |
| 228 Amgen Common | | None | J | T | Exempt | | | | Exempt |
| 229 Atlantic Richfield Co Common | A | Dividend | J | T | Exempt | | | | Exempt |
| 230 Chase Manhattan Corp New Common | A | Dividend | J | T | Exempt | | | | Exempt |
| 231 Chevron Corp Common | A | Dividend | J | T | Exempt | | | | Exempt |
| 232 Coca-Cola Enterprises Common | A | Dividend | J | T | Exempt | | | | Exempt |
| 233 Comcast Corp Cl A Special Common | | None | J | T | Exempt | | | | Exempt |
| 234 Compter Sciences Corp Common | | None | J | T | Exempt | | | | Exempt |
| 235 EB Short Term MM FD F/Directed Accts | B | Interest | K | T | Exempt | | | | Exempt |
| 236 Enron Corp Common | A | Dividend | J | T | Exempt | | | | Exempt |
| 237 Exxon Corp Common | A | Dividend | J | T | Exempt | | | | Exempt |
| 238 Fannie Mae Common | A | Dividend | J | T | Exempt | | | | Exempt |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less O=$500,001-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 15 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br><br>*Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.*<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount Code (A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code (J-P) | (2)<br>Value Method Code (Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date: Month-Day | (3)<br>Value Code (J-P) | (4)<br>Gain Code (A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 239   Fleet Financial Group New Common | A | Dividend | | | Exempt | | | | Exempt |
| 240   Gannett Co Common | A | Dividend | J | T | Exempt | | | | Exempt |
| 241   General Dynamics Corp Common | A | Dividend | J | T | Exempt | | | | Exempt |
| 242   General Mills Incorporated Common | A | Dividend | J | T | Exempt | | | | Exempt |
| 243   Harley Davidson Common | A | Dividend | J | T | Exempt | | | | Exempt |
| 244   Hewlett-Packard Co Common | A | Dividend | J | T | Exempt | | | | Exempt |
| 245   Intel Corp Common | A | Dividend | J | T | Exempt | | | | Exempt |
| 246   Kimberly Clark Corp Common | A | Dividend | J | T | Exempt | | | | Exempt |
| 247   Marsh & McLennan Companies Common | A | Dividend | J | T | Exempt | | | | Exempt |
| 248   MBNA Corp Common | A | Dividend | J | T | Exempt | | | | Exempt |
| 249   MCI Worldcom Inc Common | | None | J | T | Exempt | | | | Exempt |
| 250   Merck & Company Common | A | Dividend | J | T | Exempt | | | | Exempt |
| 251   Nipsco Industries Common | A | Dividend | | | Exempt | | | | Exempt |
| 252   Pitney Bowes Common | A | Dividend | J | T | Exempt | | | | Exempt |
| 253   PNC Bank Corporation Common | A | Dividend | J | T | Exempt | | | | Exempt |
| 254   Proctor & Gamble Co Common | A | Dividend | J | T | Exempt | | | | Exempt |
| 255   SBC Communications Inc Common | A | Dividend | J | T | Exempt | | | | Exempt |

| 1 Inc/Gain Codes: A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
| --- | --- | --- | --- | --- |
| (Col. B1, D4) F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
| --- | --- | --- | --- | --- |
| (Col. C1, D3) O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000 P3=$25,000,001-$50,000,000 P4=$50,000,001 or more | | | |

| 3 Val Mth Codes: Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
| --- | --- | --- | --- |
| (Col. C2) U=Book Value | V=Other | W=Estimated | |

## VII. Page 16 INVESTMENTS and TRUSTS — income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br><br>*Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.*<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code (A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code (J-P) | (2)<br>Value Method Code (Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-Day | (3)<br>Value Code (J-P) | (4)<br>Gain Code (A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 256 Southwest Airlines Common | A | Dividend | J | T | Exempt | | | | Exempt |
| 257 Staples Common | | None | J | T | Exempt | | | | Exempt |
| 258 Sun Microsystems Common | | None | K | T | Exempt | | | | Exempt |
| 259 Time Warner Common | A | Dividend | J | T | Exempt | | | | Exempt |
| 260 US West Inc New | A | Dividend | J | T | Exempt | | | | Exempt |
| 261 Viacom CL B Common | | None | J | T | Exempt | | | | Exempt |
| 262 Washington Mutual Inc Common | A | Dividend | J | T | Exempt | | | | Exempt |
| 263 Wellpoint Health Networks Inc New Common | | None | J | T | Exempt | | | | Exempt |
| 264 Assets of Peter J. Olivere Trust | | | | | | | | | |
| 265 DEL HSG MFM Quaker Hill 7.55% (S) | A | Interest | J | T | Exempt | | | | Exempt |
| 266 DELA ST GO'S 4.7% (S) | A | Interest | | | Exempt | | | | Exempt |
| 267 DELA Trans AU 7.5% (S) | A | Interest | | | Exempt | | | | Exempt |
| 268 DELA Trans AU 7.75% (S) | A | Interest | | | Exempt | | | | Exempt |
| 269 Delaware EDA Pollutn Cntl (S) | A | Interest | J | T | Exempt | | | | Exempt |
| 270 Delaware Riv & Bay Auth 4.9% (S) | C | Interest | K | T | Exempt | | | | Exempt |
| 271 Delaware ST GO's Rfdg 4.6% (S) | B | Interest | K | T | Exempt | | | | Exempt |
| 272 Delaware ST HSG Auth 7.125% (S) | A | Dividend | J | T | Exempt | | | | Exempt |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (Col. C2) | U=Book Value | V=Other | W=Estimated | |

## VII. Page 17  INVESTMENTS and TRUSTS — income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child.  Place "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 273  Delaware Transn Auth 5.10% (S) | B | Interest | K | T | Exempt | | | | Exempt |
| 274  Delaware Transn Auth 9% (S) | A | Interest | J | T | Exempt | | | | Exempt |
| 275  Delaware Transn Auth 5.2% (S) | B | Interest | K | T | Exempt | | | | Exempt |
| 276  Ecolab Inc (S) | A | Interest | J | T | Exempt | | | | Exempt |
| 277  CRT Government Securities (cash equivalent) (S) | D | Interest | L | T | Exempt | | | | Exempt |
| 278  New Castle Cnty Del 6.5% | A | Interest | J | T | Exempt | | | | Exempt |
| 279  Pitney Bowes Inc (S) | A | Interest | J | T | Exempt | | | | Exempt |
| 280  Wilmington Del Single Family Mtg 7.25% (S) | A | Interest | J | T | Exempt | | | | Exempt |
| 281  Assets of Olivere Residuary Trust #1 | | | | | | | | | |
| 282  8Wyman Gordon Co (S) | | None | J | T | Exempt | | | | Exempt |
| 283  ABC-Naco Inc (S) | | None | J | T | Exempt | | | | Exempt |
| 284  Bedford PPTY Invs Inc Par (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 285  Beverly Enterprises Inc (S) | | None | J | T | Exempt | | | | Exempt |
| 286  Cabot Corporation (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 287  Cabot Oil & Gas Corp CL A (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 288  Calgon Carbon Corp (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 289  Cascade Corporation (S) | A | Dividend | J | T | Exempt | | | | Exempt |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (Col. C2) | U=Book Value | V=Other | W=Estimated | |

## VII. Page 18 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 290 Charming Shoppes Inc (S) | | None | J | T | Exempt | | | | Exempt |
| 291 Flow International Corp (S) | | None | J | T | Exempt | | | | Exempt |
| 292 Forest Oil Corp New (S) | | None | J | T | Exempt | | | | Exempt |
| 293 Interface Inc Class A (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 294 Intl Rectifier Corp (S) | | None | J | T | Exempt | | | | Exempt |
| 295 K2 Inc (S) | | None | J | T | Exempt | | | | Exempt |
| 296 Kemet Corp (S) | | None | J | T | Exempt | | | | Exempt |
| 297 Kopin Corp (S) | | None | J | T | Exempt | | | | Exempt |
| 298 Lucent Technologies Inc (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 299 Magnetek Inc (S) | | None | J | T | Exempt | | | | Exempt |
| 300 McDermott Intl Inc (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 301 Michaels Stores Inc (S) | | None | J | T | Exempt | | | | Exempt |
| 302 Milacron Inc (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 303 CRT Government Securities (cash equivalent) (S) | A | Dividend | K | T | Exempt | | | | Exempt |
| 304 Nabors Industries Inc (S) | | None | J | T | Exempt | | | | Exempt |
| 305 Pennzoil-Quaker St Co (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 306 Petco Animal Supplies (S) | | None | J | T | Exempt | | | | Exempt |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (Col. C2) | U=Book Value | V=Other | W=Estimated | |

## VII. Page 19 INVESTMENTS and TRUSTS -- income, value, transactions _(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)_

| A.<br>Description of Assets<br><br>_Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child._<br><br>_Place "(X)" after each asset exempt from prior disclosure._ | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | (2)<br>Date: Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 307  Precision Castparts Corp (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 308  Regis Corp Minn (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 309  Rollins Truck Leasing Corp (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 310  Sunrise Medical Inc (S) | | None | J | T | Exempt | | | | Exempt |
| 311  Titanium Metals Corp (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 312  US Oncology Inc (S) | | None | J | T | Exempt | | | | Exempt |
| 313  Veterinary Ctrs Amer Inc (S) | | None | J | T | Exempt | | | | Exempt |
| 314  Vishay Intertechnology (S) | | None | J | T | Exempt | | | | Exempt |
| 315  Weatherford Intl Inc (S) | | None | J | T | Exempt | | | | Exempt |
| 316  Windmere-Durable Hldgs (S) | | None | J | T | Exempt | | | | Exempt |
| 317 Assets of Olivere Residuary Trust #2 | | | | | | | | | |
| 318  Alcatel SA (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 319  Allied Zurich PLC (S) | | None | J | T | Exempt | | | | Exempt |
| 320  Anglo American PLC Spon ADR (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 321  Archer-Daniels Midland Co (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 322  BASF AG ADR (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 323  Boeing Co (S) | A | Dividend | J | T | Exempt | | | | Exempt |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (Col. C2) | U=Book Value | V=Other | W=Estimated | |

## VII. Page 20 INVESTMENTS and TRUSTS — income, value, transactions  *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.  Description of Assets  *Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child.*  *Place "(X)" after each asset exempt from prior disclosure.* | B.  Income during reporting period | | C.  Gross value at end of reporting period | | D.  Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 324 British Amern TOB PLC Spon ADR (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 325 Case Corp (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 326 Catskill Finl Corp (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 327 Centrais Electricas Spons ADR (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 328 Columbia/HCA Healthcare Corp (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 329 Community Svgs Bkshrs Inc New (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 330 Companhia Cervejaria Brahma Spon ADR (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 331 Daimler Benz AG Spon ADR (S) | A | Dividend | | | Exempt | | | | Exempt |
| 332 Deutsche Telekom AG Spon ADR (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 333 Diageo PLC Sponsored ADR (S) | A | Dividend | J | T | Exempt | | | | Sxempt |
| 334 ELF Aquitaine Sponsored ADR (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 335 Entergy Corp New (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 336 Firstfeed Amer Bancorp (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 337 Great Lakes Chem Corp (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 338 Hitachi LTD ADR 10 Com (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 339 HSBC Holdings PLC Spon ADR (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 340 Hutchison Whampoa ADR (S) | A | Dividend | J | T | Exempt | | | | Exempt |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less  F=$50,001-$100,000 | B=$1,001-$2,500  G=$100,001-$1,000,000 | C=$2,501-$5,000  H1=$1,000,001-$5,000,000 | D=$5,001-$15,000  H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less  O=$500,001-$1,000,000 | K=$15,001-$50,000  P1=$1,000,001-$5,000,000 | L=$50,001-$100,000  P2=$5,000,001-$25,000,000 | M=$100,001-$250,000  P3=$25,000,001-$50,000,000 | N=$250,001-$500,000  P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal  U=Book Value | R=Cost (real estate only)  V=Other | S=Assessment  W=Estimated | T=Cash/Market | |

## VII. Page 21 INVESTMENTS and TRUSTS — income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br><br>*Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child.*<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | (2)<br>Date: Month-Day | (3)<br>Value Code (J-P) | (4)<br>Gain Code (A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 341 IBP Inc (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 342 ING Groep NV Spon ADR (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 343 Invensys PLC Spon ADR (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 344 Lockheed Martin Corp (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 345 Loews Corporation (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 346 Lubrizol Corp (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 347 Marks & Spencer LTD Spon ADR (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 348 McKesson HBOC Inc (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 349 CRT Government Securities (cash equivalent) (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 350 PG&E Corporation (S) | A | Dividend | | | Exempt | | | | Exempt |
| 351 Petroleo Brasileiro SA Petrobras (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 352 Philip Morris Companies (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 353 Raytheon CO CL B (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 354 Reebok International LTD (S) | | None | J | T | Exempt | | | | Exempt |
| 355 Safeco Corp (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 356 Service Corp International (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 357 SLM Hldg Corp (S) | A | Dividend | J | T | Exempt | | | | Exempt |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 09/29/1999 |

## VII. Page 22 INVESTMENTS and TRUSTS — income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets<br><br>*Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child.*<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 358    St Paul Co Inc (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 359    State Finl Services Corp CL A (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 360    Swire PAC LTD Spon ADR (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 361    Tele Centro SUL Participacoes (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 362    Telecommunicacoes Brasileiras Spon ADR (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 363    Telefonica de Argentina Spon ADR (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 364    Telefonos de Mexico Spon ADR (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 365    Tokio Mrn&Fire Ins ADR (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 366    Toys R US Inc (S) | | None | J | T | Exempt | | | | Exempt |
| 367    Unicom Corp (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 368    UST Inc (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 369    Waste Mgmt Inc Del (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 370 Assets of Olivere Residuary Trust #3 | | | | | | | | | |
| 371    CRT Government Securities (cash equivalent (S) | B | Dividend | M | T | Exempt | | | | Exempt |
| 372    Wilmington Trust Corp (S) | B | Dividend | K | T | Exempt | | | | Exempt |
| 373    Xerox Corp (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 374 Assets of Mary Lucia Ambro Rev Trust #1 | | | | | | | | | |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (Col. C2) | U=Book Value | V=Other | W=Estimated | |

## VII. Page 23 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br><br>*Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child.*<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code<br>(A-H) | (2)<br>Type<br>(e.g., dividend, rent or interest) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g., buy, sell, partial sale, merger, redemption) | (2)<br>Date:<br>Month-Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income,assets, or transactions.) | | | | | | | | | |
| 375  CRT Government Securities (cash equivalent) (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 376  Wilmington Trust Corp (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 377 Assets of Mary Lucia Ambro Rev Trust #2 | | | | | | | | | |
| 378  3Com Corp (S) | | None | J | T | Exempt | | | | Exempt |
| 379  Adaptec Inc (S) | | None | J | T | Exempt | | | | Exempt |
| 380  American Express Company (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 381  American Intl Group Inc (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 382  AT&T Corp (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 383  Banc One Corp (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 384  Bell & Howell Co (S) | | None | J | T | Exempt | | | | Exempt |
| 385  Bristol Myers Squibb Co (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 386  Caterpillar Inc (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 387  Chevron Corp (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 388  Clayton Homes Inc (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 389  Coca-Cola Company (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 390  Computer Sciences Corp (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 391  Conseco Inc (S) | A | Dividend | J | T | Exempt | | | | Exempt |

| 1 Inc/Gain Codes: A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col. B1, D4)   F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes:   J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| (Col. C1, D3)   O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|
| (Col. C2)   U=Book Value | V=Other | W=Estimated | |

## VII. Page 24 INVESTMENTS and TRUSTS — income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets<br><br>Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 392 CSX Corp (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 393 Diamond Multimedia (S) | | None | J | T | Exempt | | | | Exempt |
| 394 Disney Walt Company (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 395 Ecolab Inc (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 396 Elan PLC ADR (S) | | None | J | T | Exempt | | | | Exempt |
| 397 Enron Corp (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 398 Exxon Corp (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 399 Franklin Resources Inc (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 400 General Electric Company GE (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 401 General Motors Corp (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 402 Gillette Co (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 403 International Business (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 404 Kaydon Corp (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 405 Lehman Brothers Holdings Inc (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 406 Lucent Technologies Inc (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 407 Mattel Incorporated (S) | A | Dividend | J | T | Exempt | | | | Exemp |
| 408 McDonalds Corp (S) | A | Dividend | J | T | Exempt | | | | Exempt |

| 1 Inc/Gain Codes: A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col. B1, D4) F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| (Col. C1, D3) O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|
| (Col. C2) U=Book Value | V=Other | W=Estimated | |

## VII. Page 25  INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets<br><br>Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE  (No reportable income, assets, or transactions.) | | | | | | | | | |
| 409  Medtronic Inc (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 410  Merck & Co Inc (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 411  Microsoft Corp (S) | | None | J | T | Exempt | | | | Exempt |
| 412  CRT Government Securities (S) | A | Dividend | K | T | Exempt | | | | Exempt |
| 413  Monsanto Co (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 414  Nestle SA Reg ADR (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 415  Proctor & Gamble CO (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 416  Qwest Communications (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 417  Royal Dutch Pete Co (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 418  Staples Inc (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 419  Sun Microsystems Inc (S) | | None | J | T | Exempt | | | | Exempt |
| 420  Warner Lambert CO (S) | A | Dividend | K | T | Exempt | | | | Exempt |
| 421  United Technologies Corp (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 422 Assets of Mary Lucia Ambro IRA | | | | | | | | | |
| 423  Alliance Prem Growth (S) | A | Dividend | K | T | Exempt | | | | Exempt |
| 424  CRT Government Securities (cash equivalent) (S) | B | Dividend | K | T | Exempt | | | | Exempt |
| 425  Franklin Small Cap CL (S) | A | Dividend | J | T | Exempt | | | | Exempt |

| 1 Inc/Gain Codes: A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col. B1, D4)    F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes:    J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| (Col. C1, D3)    O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|
| (Col. C2)    U=Book Value | V=Other | W=Estimated | |

Name of Person Reporting

Ambro, Thomas L.

Date of Report

09/29/1999

## VII. Page 26 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 426 Northstar TR Intl Value FD CL C (S) | B | Dividend | K | T | Exempt | | | | Exempt |
| 427 Oppenheimer Quest Opportunity Value Fund (S) | B | Dividend | K | T | Exempt | | | | Exempt |
| 428 Pimco Small Cap Value Fund CL C (S) | A | Dividend | K | T | Exempt | | | | Exempt |
| 429 Assets of Mary Lucia Ambro Rev Trust #3 | | | | | | | | | |
| 430 Adobe Systems Inc (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 431 Amgen Inc (S) | | None | K | T | Exempt | | | | Exempt |
| 432 Atlantic Richfield Co (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 433 Assets of Mary Lucia Ambro Rev Trust #4 | | | | | | | | | |
| 434 Banc One Corp Ohio (S) | A | Dividend | | | Exempt | | | | Exempt |
| 435 Chase Manhattan Corp New (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 436 Chevron Corp (S) | A | Dividend | K | T | Exempt | | | | Exempt |
| 437 Chrysler Corp (S) | A | Dividend | | | Exempt | | | | Exempt |
| 438 Cinergy Corp (S) | A | Dividend | | | Exempt | | | | Exempt |
| 439 Comcast Corp CL A (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 440 Computer Sciences Corp (S) | A | Dividend | K | T | Exempt | | | | Exempt |
| 441 Enron Corp (S) | A | Dividend | K | T | Exempt | | | | Exempt |
| 442 Exxon Corp (S) | A | Dividend | J | T | Exempt | | | | Exempt |

| 1 Inc/Gain Codes: A=$1,000 or less | B=$1,001-$2,500 | | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | | H2=$5,000,001 or more | |

| 2 Val Codes: J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| (Col. C1, D3) O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000 P3=$25,000,001-$50,000,000 P4=$50,000,001 or more | | | |

| 3 Val Mth Codes: Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|
| (Col. C2) U=Book Value | V=Other | W=Estimated | |

## VII. Page 27 INVESTMENTS and TRUSTS — income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 443 Federal National MT Assn (S) | A | Dividend | K | T | Exempt | | | | Exempt |
| 444 Fleet Finl Group Inc (S) | A | Dividend | | | Exempt | | | | Exempt |
| 445 Gannett Co Inc Del (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 446 General Mills Inc (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 447 Genl Dynamics Corp Com (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 448 Harley Davidson Inc (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 449 Hewlett-Packard Company (S) | A | Dividend | K | T | Exempt | | | | Exempt |
| 450 Intel Corp (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 451 Kimberly-Clark Corp (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 452 Marsh & McLennan Cos Inc (S) | A | Dividend | K | T | Exempt | | | | Exempt |
| 453 MBNA Corp (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 454 Merck & Co Inc (S) | A | Dividend | K | T | Exempt | | | | Exempt |
| 455 MCI Worldcom (S) | | None | K | T | Exempt | | | | Exempt |
| 456 CRT Government Securities (cash equivalent) (S) | C | Dividend | K | T | Exempt | | | | Exempt |
| 457 Nipsco Ind Inc (S) | A | Dividend | | | Exempt | | | | Exempt |
| 458 Pitney Bowes Inc (S) | A | Dividend | K | T | Exempt | | | | Exempt |
| 459 PNC Bank Corp (S) | A | Dividend | J | T | Exempt | | | | Exempt |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less<br>F=$50,001-$100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less<br>O=$500,001-$1,000,000 | K=$15,001-$50,000<br>P1=$1,000,001-$5,000,000 | L=$50,001-$100,000<br>P2=$5,000,001-$25,000,000 | M=$100,001-$250,000<br>P3=$25,000,001-$50,000,000 | N=$250,001-$500,000<br>P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal<br>U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

## VII. Page 28 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br><br>*Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child.*<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date: Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 460   Proctor & Gamble Co (S) | A | Dividend | K | T | Exempt | | | | Exempt |
| 461   SBC Communications Corp Inc (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 462   Southwest Airlines Co (S) | A | Dividend | K | T | Exempt | | | | Exempt |
| 463   Staples Inc (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 464   Sun Microsystems Inc (S) | | None | K | T | Exempt | | | | Exempt |
| 465   Texaco Incorporated (S) | A | Dividend | | | Exempt | | | | Exempt |
| 466   Time Warner Inc (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 467   US West Inc New (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 468   Viacom Inc CL B (S) | | None | K | T | Exempt | | | | Exempt |
| 469   US West Incorporated (S) | A | Dividend | | | Exempt | | | | Exempt |
| 470   Washington Mut Inc (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 471   Wellpoint Hlth Networks (S) | | None | J | T | Exempt | | | | Exempt |
| 472 Assets of Mary Lucia Rev Trust #5 | | | | | | | | | |
| 473   4Front Technologies Inc (S) | | None | J | T | Exempt | | | | Exempt |
| 474   Able Telcom Hldg New (S) | | None | J | T | Exempt | | | | Exempt |
| 475   Action Performance Cos (S) | | None | J | T | Exempt | | | | Exempt |
| 476   Acxiom Corp (S) | | None | J | T | Exempt | | | | Exempt |

| 1 Inc/Gain Codes:<br>(Col. B1, D4) | A=$1,000 or less<br>F=$50,001-$100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=$5,000,001 or more | E=$15,001-$50,000 |
| --- | --- | --- | --- | --- | --- |
| 2 Val Codes:<br>(Col. C1, D3) | J=$15,000 or less<br>O=$500,001-$1,000,000 | K=$15,001-$50,000<br>P1=$1,000,001-$5,000,000 | L=$50,001-$100,000<br>P2=$5,000,001-$25,000,000 | M=$100,001-$250,000<br>P3=$25,000,001-$50,000,000 | N=$250,001-$500,000<br>P4=$50,000,001 or more |
| 3 Val Mth Codes:<br>(Col. C2) | Q=Appraisal<br>U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

## VII. Page 29 INVESTMENTS and TRUSTS — income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br><br>*Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child.*<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE (No reportable income,assets, or transactions.) | | | | | | | | | |
| 477 Aeroflex Inc (S) | | None | J | T | Exempt | | | | Exempt |
| 478 Artesyn Technologies Inc (S) | | None | J | T | Exempt | | | | Exempt |
| 479 Astropower Inc (S) | | None | J | T | Exempt | | | | Exempt |
| 480 Atmel Corp (S) | | None | J | T | Exempt | | | | Exempt |
| 481 Bard CR Inc (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 482 Blue Rhino Corp (S) | | None | J | T | Exempt | | | | Exempt |
| 483 Carey Intl Inc (S) | | None | J | T | Exempt | | | | Exempt |
| 484 Commscope Inc (S) | | None | J | T | Exempt | | | | Exempt |
| 485 Convergys Corp (S) | | None | J | T | Exempt | | | | Exempt |
| 486 Correctional Svcs Corp (S) | | None | J | T | Exempt | | | | Exempt |
| 487 Cost Plus Inc Calif (S) | | None | J | T | Exempt | | | | Exempt |
| 488 DII Group Inc (S) | | None | J | T | Exempt | | | | Exempt |
| 489 Dollar Thrifty (S) | | None | J | T | Exempt | | | | Exempt |
| 490 Equinox Systems Inc (S) | | None | J | T | Exempt | | | | Exempt |
| 491 Foodmaker Inc New (S) | | None | J | T | Exempt | | | | Exempt |
| 492 Fundtech Ltd (S) | | None | J | T | Exempt | | | | Exempt |
| 493 Group Maintenance (S) | | None | J | T | Exempt | | | | Exempt |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (Col. C2) | U=Book Value | V=Other | W=Estimated | |

## VII. Page 30 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br><br>*Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.*<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code<br>(A-H) | (2)<br>Type<br>(e.g., dividend, rent or interest) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 494 ICU Med Inc (S) | | None | J | T | Exempt | | | | Exempt |
| 495 Infocure Corp (S) | | None | J | T | Exempt | | | | Exempt |
| 496 Jabil Circuit Inc (S) | | None | J | T | Exempt | | | | Exempt |
| 497 Jakks Pac Inc (S) | | None | J | T | Exempt | | | | Exempt |
| 498 Kennth Cold Prodtns CL (S) | | None | J | T | Exempt | | | | Exempt |
| 499 Maxwell Technologies Inc (S) | | None | J | T | Exempt | | | | Exempt |
| 500 Metro One (S) | | None | J | T | Exempt | | | | Exempt |
| 501 Mettler-Toledo Intl Inc (S) | | None | J | T | Exempt | | | | Exempt |
| 502 Mobile Mini Inc (S) | | None | J | T | Exempt | | | | Exempt |
| 503 CRT Government Securities (cash equivalent) (S) | B | Dividend | J | T | Exempt | | | | Exempt |
| 504 Natl Computer Systems Inc (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 505 Nova Corporation (S) | | None | J | T | Exempt | | | | Exempt |
| 506 Outback Steakhouse Inc (S) | | None | J | T | Exempt | | | | Exempt |
| 507 Pericom Smicndctr Corp (S) | | None | J | T | Exempt | | | | Exempt |
| 508 Point of Sal LTD (S) | | None | J | T | Exempt | | | | Exempt |
| 509 Progress Software Corp (S) | | None | J | T | Exempt | | | | Exempt |
| 510 QRS Corp (S) | A | Dividend | J | T | Exempt | | | | Exempt |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V=Other    W=Estimated

## VII. Page 31 INVESTMENTS and TRUSTS — income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 511 Remedy Corp (S) | | None | J | T | Exempt | | | | Exempt |
| 512 Rent Way Inc (S) | | None | J | T | Exempt | | | | Exempt |
| 513 Rogue Wave Software Inc (S) | | None | J | T | Exempt | | | | Exempt |
| 514 Smith Gardner & Assoc (S) | | None | J | T | Exempt | | | | Exempt |
| 515 SPX Corp (S) | | None | J | T | Exempt | | | | Exempt |
| 516 Synopsys Corp (S) | | None | J | T | Exempt | | | | Exempt |
| 517 Taco Cabana Inc CL (S) | | None | J | T | Exempt | | | | Exempt |
| 518 Titan Corp (S) | | None | J | T | Exempt | | | | Exempt |
| 519 Trans World Entertainment (S) | | None | J | T | Exempt | | | | Exempt |
| 520 Transaction Network Serv (S) | | None | J | T | Exempt | | | | Exempt |
| 521 Transwitch Corp Com (S) | | None | J | T | Exempt | | | | Exempt |
| 522 US Oncology Inc (S) | | None | J | T | Exempt | | | | Exempt |
| 523 Waters Corporation (S) | | None | J | T | Exempt | | | | Exempt |
| 524 Westpoint Stevens Inc (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 525 Assets of Mary Lucia Ambro Rev Trust #6 | | | | | | | | | |
| 526 Alcatel Alstrom Spon ADR (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 527 Allied Zurich PLC Spon ADR (S) | A | Dividend | J | T | Exempt | | | | Exempt |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

## VII. Page 32 INVESTMENTS and TRUSTS — income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets — Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 528 Anglo American PLC Spons ADR (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 529 Argentaria Caja Postal Y Hipotecario (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 530 BASF AG ADR (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 531 Bayerische Motoren Werke AG ORD German (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 532 Branco Bradesco Spon ADR (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 533 British Amern TOB PLC Spon ADR (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 534 British STL PLC ADR Final (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 535 Canon Inc ADR Rep (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 536 Centrais Electricas Spon ADR (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 537 CIA Anonima Telef de Ven-ADR (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 538 Companhia Cervejaria Brahma Spon ADR (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 539 Daimler-Benze AG Spon ADR (S) | A | Dividend | | | Exempt | | | | Exempt |
| 540 Den Danske BK AF Aktiesel Skab ADR (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 541 Deutsche Telkom AG Spon ADR (S) | A | Interest | J | T | Exempt | | | | Exempt |
| 542 Development Bank Singapore LTD Spon (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 543 Diageo PLC Spons ADR (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 544 ELF Aquitaine Sponsored ADR (S) | A | Dividend | J | T | Exempt | | | | Exempt |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

## VII. Page 33 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets<br><br>*Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.*<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 545  ENI SPA Spon ADR (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 546  Hitachi LTD ADR (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 547  HSBC Holdings PLC Spon ADR (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 548  Hutchison Whampoa ADR (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 549  INC Groep NV Spon ADR (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 550  Invensys PLC Spon ADR (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 551  Koninklijke KPN (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 552  Korea Elec Pwr Corp (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 553  Kyocera Corp (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 554  Marks & Spencer Ltd Spon ADR (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 555  Matsushita Electric Industries ADR (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 556  Michelin CL B (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 557  Mitsubishi Heavy INDS (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 558  CRT Government Securities (cash equivalent) (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 559  National Pwr Spon ADR Final (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 560  Petroleo Brasileiro Petrobras (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 561  Portugal Telecom Spon ADR (S) | A | Dividend | J | T | Exempt | | | | Exempt |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

## VII. Page 34 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br><br>*Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child.*<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 562  Reckitt & Coleman (S) | | None | J | T | Exempt | | | | Exempt |
| 563  Royal & Sun Alliance Ins RSANF GRP PLC (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 564  Swire PAC Ltd Spon ADR (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 565  Swisscom AG Sponsored ADR (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 566  Telecom Corp NZ Spon ADR (S) | | None | J | T | Exempt | | | | Exempt |
| 567  Telefonos de Mexico Spon ADR (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 568  Tokio Mrn & Fire Ins ADR (S) | A | Dividend | J | T | Exempt | | | | Exempt |
| 569 Assets of Joint Account | | | | | | | | | |
| 570  AT&T Corp (J) | A | Dividend | J | T | Exempt | | | | Exempt |
| 571  Hopewell Hldgs LTD Spon ADR (J) | A | Dividend | J | T | Exempt | | | | Exempt |
| 572  Markel Corp (J) | | None | K | T | Exempt | | | | Exempt |
| 573 Assets of Thomas L. Ambro IRA | | | | | | | | | |
| 574  Alliance Prem Growth | A | Dividend | K | T | Exempt | | | | Exempt |
| 575  Franklin Small Cap | A | Dividend | J | T | Exempt | | | | Exempt |
| 576  CRT Government Securities (cash equivalent) | C | Dividend | K | T | Exempt | | | | Exempt |
| 577  Northstar TR Intl Value FD CL C | B | Dividend | K | T | Exempt | | | | Exempt |
| 578  Oppenheimer Quest Opportunity Value Fund | B | Dividend | K | T | Exempt | | | | Exempt |

| 1 Inc/Gain Codes: A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col. B1, D4)    F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|
| (Col. C2)    U=Book Value | V=Other | W=Estimated | |

| | | Date of Report |
|---|---|---|
| me of Person Reporting | Ambro, Thomas L. | 09/29/1999 |

## VII. Page 35 INVESTMENTS and TRUSTS — income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets — Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 579 Pimco Small Cap Value Fund CL C | A | Dividend | K | T | Exempt | | | | Exempt |
| 580 Assets of Thomas L. Ambro Rev Trust #1 | | | | | | | | | |
| 581 Alcatel SA | A | Dividend | K | T | Exempt | | | | Exempt |
| 582 Allied Zurich PLC Spon ADR | A | Dividend | K | T | Exempt | | | | Exempt |
| 583 Angelo American PLC Spon ADR | A | Dividend | K | T | Exempt | | | | Exempt |
| 584 Argentaria Caja Postal Y Hipotecario | A | Dividend | J | T | Exempt | | | | Exempt |
| 585 B A T Inds PLC | A | Dividend | | | Exempt | | | | Exempt |
| 586 BASF AG (NEW) ADR | A | Dividend | K | T | Exempt | | | | Exempt |
| 587 Bayerische Motoren Werke AG ORD German | A | Dividend | K | T | Exempt | | | | Exempt |
| 588 Branco Bradesco SA | A | Dividend | | | Exempt | | | | Exempt |
| 589 British Amern TOB PLC Spon ADR | A | Dividend | J | T | Exempt | | | | Exempt |
| 590 British Stl PLC ADR Final | A | Dividend | K | T | Exempt | | | | Exempt |
| 591 BTR PLC ADR | A | Dividend | | | Exempt | | | | Exempt |
| 592 Canon Inc ADR Rep | A | Dividend | K | T | Exempt | | | | Exempt |
| 593 Centrais Electricas Spons ADR | A | Dividend | K | T | Exempt | | | | Exempt |
| 594 CIA Anonima Telef de Ven ADR | A | Dividend | J | T | Exempt | | | | Exempt |
| 595 Companhia Cervejaria Brahma Spon ADR | A | Dividend | J | T | Exempt | | | | Exempt |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (Col. C2) | U=Book Value | V=Other | W=Estimated | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 09/29/1999 |

## VII. Page 36 INVESTMENTS and TRUSTS — income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets<br><br>Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 596 Daimler-Benz AG Spon ADR | B | Dividend | | | Exempt | | | | Exempt |
| 597 Den Danske BK AF Aktieselskab ADR | A | Dividend | K | T | Exempt | | | | Exempt |
| 598 De Beers Cons Mines ADR | A | Dividend | | | Exempt | | | | Exempt |
| 599 Deutsche Telekom AG Spon ADR | A | Dividend | K | T | Exempt | | | | Exempt |
| 600 Development Bank Singapore Ltd Spon | A | Dividend | K | T | Exempt | | | | Exempt |
| 601 Diageo PLC Spon ADR New | C | Dividend | K | T | Exempt | | | | Exempt |
| 602 ELF Aquitaine Spon ADR | A | Dividend | K | T | Exempt | | | | Exempt |
| 603 ENI SPA Spon ADR | A | Dividend | K | T | Exempt | | | | Exempt |
| 604 EVN Energie-Versorgung Niederosterreich | A | Dividend | J | T | Exempt | | | | Exempt |
| 605 Groupe Danone Spons ADR | A | Dividend | | | Exempt | | | | Exempt |
| 606 Hitachi Ltd ADR | A | Dividend | K | T | Exempt | | | | Exempt |
| 607 HSBC Holdings PLC Spon ADR | A | Dividend | K | T | Exempt | | | | Exempt |
| 608 Hutchison Whampoa ADR | A | Dividend | K | T | Exempt | | | | Exempt |
| 609 IMP Chem Ind PLC ADR NEW | A | Dividend | | | Exempt | | | | Exempt |
| 610 ING Groep NV Spon ADR | A | Dividend | K | T | Exempt | | | | Exempt |
| 611 Invensys PLC Spon ADR | A | Dividend | K | T | Exempt | | | | Exempt |
| 612 Jardine Matheson Hldgs | A | Dividend | | | Exempt | | | | Exempt |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less<br>F=$50,001-$100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less<br>O=$500,001-$1,000,000 | K=$15,001-$50,000<br>P1=$1,000,001-$5,000,000 | L=$50,001-$100,000<br>P2=$5,000,001-$25,000,000 | M=$100,001-$250,000<br>P3=$25,000,001-$50,000,000 | N=$250,001-$500,000<br>P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal<br>U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

## VII. Page 37 INVESTMENTS and TRUSTS — income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br><br>*Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child.*<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date: Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 613 Komatsu Ltd Spon ADR New | A | Dividend | K | T | Exempt | | | | Exempt |
| 614 Koninklijek Ptt Nederlnd | A | Dividend | | | Exempt | | | | Exempt |
| 615 Koninklijke KPN NV | A | Dividend | J | T | Exempt | | | | Exempt |
| 616 Korea Elec Pwr Corp Spon ADR | A | Dividend | J | T | Exempt | | | | Exempt |
| 617 Kyocera Corp | A | Dividend | K | T | Exempt | | | | Exempt |
| 618 Marks & Spencer Ltd Spon ADR | A | Dividend | K | T | Exempt | | | | Exempt |
| 619 Matsushita Electric Industries ADR | A | Dividend | K | T | Exempt | | | | Exempt |
| 620 Michelin CL B | A | Dividend | K | T | Exempt | | | | Exempt |
| 621 Mitsubishi Heavy Inds | A | Dividend | K | T | Exempt | | | | Exempt |
| 622 CRT Government Securities (cash equivalent) | C | Dividend | J | T | Exempt | | | | Exempt |
| 623 Muenchener Rueckver AG | | None | J | T | Exempt | | | | Exempt |
| 624 National Pwr Spon ADR Final | A | Dividend | K | T | Exempt | | | | Exempt |
| 625 Nestle SA Reg ADR | A | Dividend | | | Exempt | | | | Exempt |
| 626 Petroleo Brasileiro SA Petrobras Spon | A | Dividend | K | T | Exempt | | | | Exempt |
| 627 Portugal Telecom SA Spon ADR | A | Dividend | K | T | Exempt | | | | Exempt |
| 628 Reckitt & Coleman | | None | K | T | Exempt | | | | Exempt |
| 629 Royal & Sun Alliance Ins GRP PLC | A | Dividend | J | T | Exempt | | | | Exempt |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less<br>F=$50,001-$100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=$5,000,001 or more | E=$15,001-$50,000 |
| --- | --- | --- | --- | --- | --- |
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less<br>O=$500,001-$1,000,000 | K=$15,001-$50,000<br>P1=$1,000,001-$5,000,000 | L=$50,001-$100,000<br>P2=$5,000,001-$25,000,000 | M=$100,001-$250,000<br>P3=$25,000,001-$50,000,000 | N=$250,001-$500,000<br>P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal<br>U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

## VII. Page 38 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br><br>*Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child.*<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | *If not exempt from disclosure* | | | |
| | | | | | | (2)<br>Date:<br>Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 630 Swire PAC Ltd Spon ADR | A | Dividend | K | T | Exempt | | | | Exempt |
| 631 Swisscom AG Spon ADR | A | Dividend | J | T | Exempt | | | | Exempt |
| 632 Tele Danmark A/S Spn ADR | B | Dividend | | | Exempt | | | | Exempt |
| 633 Telecom Corp NZ Spon ADR | | None | K | T | Exempt | | | | Exempt |
| 634 Telecom Italia SPA | A | Dividend | | | Exempt | | | | Exempt |
| 635 Telecommunicacoes Brasileiras Spon ADR | A | Dividend | J | T | Exempt | | | | Exempt |
| 636 Telefonos de Mexico SA Spon ADR | A | Dividend | K | T | Exempt | | | | Exempt |
| 637 Tokio MRN & Fire Ins ADR | A | Dividend | K | T | Exempt | | | | Exempt |
| 638 YPF Sociedad Anonima | A | Dividend | | | Exempt | | | | Exempt |
| 639 Assets of Thomas L. Ambro Rev Trust #2 | | | | | | | | | |
| 640 8Wyman Gordon Co | | None | J | T | Exempt | | | | Exempt |
| 641 ABC-Naco Inc | | None | J | T | Exempt | | | | Exempt |
| 642 Bedford PPTY Invs Inc Par | A | Dividend | J | T | Exempt | | | | Exempt |
| 643 Berverly Enterprises Inc | | None | J | T | Exempt | | | | Exempt |
| 644 Cabot Corporation | A | Dividend | J | T | Exempt | | | | Exempt |
| 645 Cabot Oil & Gas Corp CL A | A | Dividend | J | T | Exempt | | | | Exempt |
| 646 Calgon Carbon Corp | A | Dividend | J | T | Exempt | | | | Exempt |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (Col. C2) | U=Book Value | V=Other | W=Estimated | |

## VII. Page 39 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br><br>*Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child.*<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 647    Cascade Corporation | A | Dividend | J | T | Exempt | | | | Exempt |
| 648    Charming Shoppes Inc | | None | J | T | Exempt | | | | Exempt |
| 649    Coherent Inc | | None | J | T | Exempt | | | | Exempt |
| 650    Flow International Corp | | Dividend | J | T | Exempt | | | | Exempt |
| 651    Forest Oil Corp New | | None | J | T | Exempt | | | | Exempt |
| 652    Interface Inc Class A | A | Dividend | J | T | Exempt | | | | Exempt |
| 653    Intl Rectifier Corp | | None | J | T | Exempt | | | | Exempt |
| 654    K2 Inc | | None | J | T | Exempt | | | | Exempt |
| 655    Kemet Corp | | None | J | T | Exempt | | | | Exempt |
| 656    Kopin Corp | | None | J | T | Exempt | | | | Exempt |
| 657    Lucent Technologies Inc | A | Dividend | J | T | Exempt | | | | Exempt |
| 658    Magnetek Inc | | None | J | T | Exempt | | | | Exempt |
| 659    McDermott Intl Inc | A | Dividend | J | T | Exempt | | | | Exempt |
| 660    Michaels Stores Inc | | None | J | T | Exempt | | | | Exempt |
| 661    Milacron Inc | A | Dividend | J | T | Exempt | | | | Exempt |
| 662    CRT Government Securities (cash equivalent) | B | Dividend | K | T | Exempt | | | | Exempt |
| 663    Nabors Industries Inc | | None | J | T | Exempt | | | | Exempt |

| 1 Inc/Gain Codes: A=$1,000 or less (Col. B1, D4) F=$50,001-$100,000 | B=$1,001-$2,500<br>G=$100,001-$1,000,000 | C=$2,501-$5,000<br>H1=$1,000,001-$5,000,000 | D=$5,001-$15,000<br>H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|
| 2 Val Codes: J=$15,000 or less (Col. C1, D3) O=$500,001-$1,000,000 | K=$15,001-$50,000<br>P1=$1,000,001-$5,000,000 | L=$50,001-$100,000<br>P2=$5,000,001-$25,000,000 | M=$100,001-$250,000<br>P3=$25,000,001-$50,000,000 | N=$250,001-$500,000<br>P4=$50,000,001 or more |
| 3 Val Mth Codes: Q=Appraisal (Col. C2) U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | |

## VII. Page 40 INVESTMENTS and TRUSTS — income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br><br>*Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child.*<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type<br>(e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type<br>(e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 664 Pennzoil-Quaker St Co | A | Dividend | J | T | Exempt | | | Exempt |
| 665 Petco Animal Supplies | | None | J | T | Exempt | | | Exempt |
| 666 Precision Castparts Corp | A | Dividend | J | T | Exempt | | | Exempt |
| 667 Regis Corp Minn | A | Dividend | J | T | Exempt | | | Exempt |
| 668 Rollins Truck Leasing Corp | A | Dividend | J | T | Exempt | | | Exempt |
| 669 RTI Intl Metals Inc | | None | J | T | Exempt | | | Exempt |
| 670 Sunrise Medical Inc | | None | J | T | Exempt | | | Exempt |
| 671 TJ International Inc | A | Dividend | J | T | Exempt | | | Exempt |
| 672 Titanium Metal Corp | A | Dividend | J | T | Exempt | | | Exempt |
| 673 US Oncology Inc | | None | J | T | Exempt | | | Exempt |
| 674 Veterinary Ctrs Amer Inc | | None | J | T | Exempt | | | Exempt |
| 675 Vishay Intertechnology | | None | J | T | Exempt | | | Exempt |
| 676 Weatherford Intl Inc | | None | J | T | Exempt | | | Exempt |
| 677 Windmere Durable Hldgs | | None | J | T | Exempt | | | Exempt |
| 678 Note receivable from Louis P. Olivere, Jr. | | None | L | T | Exempt | | | Exempt |
| 679 Richards, Layton and Finger, P.A. | | None | L | U | Exempt | | | Exempt |
| 680 RL&F Defined Benefit Pension Plan (method-actuarial value) | | None | L | V | Exempt | | | Exempt |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (Col. C2) | U=Book Value | V=Other | W=Estimated | |